JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY JAMES CONCEPCION,<br><br>            Petitioner,<br><br>     v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>            Respondent. | Case No. EDCV 19-922-PSG (KK)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice as moot.

Dated:  October 15, 2019

HONORABLE PHILIP S. GUTIERREZ
United States District Judge